**Deily, Mooney & Glastetter, LLP**
Attorneys at Law

**Kathy McCullough Day, Associate**
*Admitted in NY and SC*
8 Thurlow Terrace, Albany, New York  12203
P: (518) 436-0344 | F: (518) 436-8273
kday@deilylawfirm.com

May 4, 2012

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York  12207

    Re:    Mary E. Dudla
           Case No. 11-10267-REL
           Our File No. B-WASHCNTYTR.11.01014

Dear Judge Littlefield:

    On behalf of our client, Washington County Treasurer, a Motion for Relief from the Automatic Stay and Co-Debtor Stay was filed and was returnable April 19, 2012.

    This letter is to inform you that this matter has been settled by Conditional Order.  Our office will forward the proposed Conditional Order to the Court under separate cover upon its completion.

    I thank the Court for its kind attention in this matter.  Should the Court have any questions or require anything further, please do not hesitate to contact our office.

Respectfully yours,

DEILY, MOONEY & GLASTETTER, LLP

/s/ Kathy McCullough Day
Kathy McCullough Day

KMD/lam

cc:    Guy J. Criscione, Jr., Esq. (via electronic notice)
       Andrea E. Celli, Esq. (Trustee) (via electronic notice)