**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

IN RE:  
    MARY E DUDLA  
    34 WERNER ROAD  
    CLIFTON PARK NY 12065

**TRUSTEE'S MOTION TO**
**DEEM SECURED CLAIM**
**WITHDRAWN**

CASE #: 11-10267

---

TO:  
    MARY E DUDLA  
    34 WERNER ROAD  
    CLIFTON PARK NY 12065

CLAIM HOLDER  
WASHINGTON COUNTY TREASURER

    Pursuant to United States Bankruptcy Code Section 502 and Bankruptcy Rules 3002 and 3007 the undersigned Trustee hereby moves that an Order be entered by the Court deeming the secured proof of claim filed by:

    CREDITOR:           WASHINGTON COUNTY TREASURER  
    CLAIM AMOUNT:       $         7387.11  
    ACCT #:             532889;94.-1-8.1  
    DATE CLAIM FILED:   March 8, 2011

as withdrawn, without prejudice to the filing of unsecured deficiency claim, for the reason that an order was granted lifting the automatic stay in the above noted case, allowing the secured creditor to foreclose and/or repossess the collateral securing said claim, thereby satisfying said claim.

    Objection, if any, to the above treatment must be in writing and filed in the office of the clerk at least 7 days prior to the date of the hearing. A copy of any objection must be served on the debtor, debtor's attorney, and the Trustee at least 7 days prior to the date of the hearing.

    Motion is returnable December 6, 2012   at 12:30 at the James T. Foley Courthouse, Third Floor, Room 306, Albany, NY.


Date: Oct 19, 2012

    /s/ Andrea E. Celli  
    _____  
    Andrea E. Celli  
    Chapter 13 Standing Trustee  
    7 Southwoods Boulevard  
    Albany, NY 12211  
    (518) 449-2045

CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of this  Notice   was  mailed this date to the parties noted below.

Dated: October 19, 2012                    Signed:/s/ JESSICA H. HUDDER

Debtor(s): Above
ATTORNEY : GUY CRISCIONE, ESQ
           817 MADISON AVE
           ALBANY, NY 12208

Creditors:
          WASHINGTON COUNTY TREASURER
          383 BROADWAY
          FORT EDWARD, NY 12828

          ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

          HSBC BANK USA
          THE DORF LAW FIRM, LLP
          740 WEST BOSTON POST RD, ST304
          MAMARONECK, NY 10543
          ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

          HSBC BANK USA
          C/O FEIN, SUCH & CRANE, LLP
          28 E MAIN STREET, SUITE 1800
          ROCHESTER, NY 14614
          ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

          HSBC BANK NEVADA, NA
          BASS & ASSOCIATES, PC
          3936 E. FT. LOWELL RD, STE 200
          TUCSON, AZ 85712
          ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

          GE MONEY BANK
          %RECOVERY MANAGEMENT SYSTEMS
          25 SE 2ND AVENUE, SUITE 1120
          MIAMI, FL 33131
          ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

          WASHINGTON COUNTY TREASURER
          % DEILY, DAUTEL & MOONEY
          8 THURLOW TERRACE
          ALBANY, NY 12203
          ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

          EVERHOME MEORTGAGE CO
          %STEVEN J BAUM
          220 NORTHPOINTE PKWY #G
          AMHERST, NY 14228
          ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

          OCWEN LOAN SERVICING
          ATTN:BANKRUPTCY DEPT.
          1661 WORTHINGTON RD. SUITE 100
          WEST PALM BEACH, FL 33409
          ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)