UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: MARY E. DUDLA

Debtor(s).

Case No. 11-10267
Chapter 13

## LOSS MITIGATION REQUEST BY DEBTOR(S) AND CERTIFICATE OF SERVICE

PURSUANT TO SECTION V OF THE COURT'S LOSS MITIGATION PROGRAM PROCEDURES, THE CREDITOR(S) NAMED HEREIN HAS/HAVE 14 DAYS FROM SERVICE OF THIS REQUEST TO FILE AND SERVE AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ON THE DEBTOR(S), DEBTOR(S)' ATTORNEY, AND THE CASE TRUSTEE. IF AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ARE NOT FILED, THE COURT MAY ENTER A LOSS MITIGATION ORDER.

I am/We are the Debtor(s) in this case and hereby request to enter into the Loss Mitigation Program with respect to my/our Property located at:

Address: 106 Kelsey Pond, Fort Ann, New York 12827

With the following Creditor(s):

Creditor's Name and Address:

HSBC: Attention: Mark K. Broyles, Esq.

c/o Fein, Such & Crane, LLP, 28 East Main

St., Ste. 1800, Rochester, NY 14614-1936

With respect to the Property, Creditor is the holder of a:
- ☒ First Mortgage
- ☐ Second Mortgage
- ☐ Other (please specify): _____

Additional Creditor's Name and Address:

PHH Mortgage

1 Mortgage Way

Mount Laurel, NJ 08054

With respect to the Property, Additional Creditor is the holder of a:
- ☐ First Mortgage
- ☐ Second Mortgage
- ☒ Other (please specify): Servicing Company

1

LM:1(06/12/2013)

**Signature:**

I understand that if the court orders Loss Mitigation in this case, I am required to comply with the Loss Mitigation Program Procedures and will participate in good faith. **I understand that Loss Mitigation is voluntary for all parties and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me.** I understand that I am not required to request dismissal of my case as part of any resolution or settlement that is offered or agreed to during Loss Mitigation. I also understand that if a Loss Mitigation Order is entered, I am responsible pursuant to section VII(B) of the Loss Mitigation Program Procedures for adjourning any matters pending between the Loss Mitigation Parties for which I am the movant. I certify that the Property in question consists only of real property used as my principal residence in which I hold an interest.

Dated: August 16, 2013

_____
Debtor

Dated: 8-16-13

_____
Joint Debtor

**Loss Mitigation Contact Information for Attorney for Debtor(s):**

Name: Guy J. Criscione, Esq.

Title: Attorney

Firm: Law Offices of Guy J. Criscione

Address: 817 Madison Avenue

Address 2: _____

City: Albany     State: NY    Zip Code: 12208

Phone No.: 518-449-1680    Facsimile No.: 518-427-6720

Email Address: guy@guycriscione.com; wendy@guycriscione.com

LM:1(06/12/2013)