

**Leigh A. Hoffman, Partner**
*Admitted in NY*
8 Thurlow Terrace, Albany, New York  12203
P: (518) 436-0344 | F: (518) 436-8273
lhoffman@deilylawfirm.com

October 23, 2013

Court Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York 12207

      RE:  Withdrawal of Appearance as Attorney for Creditor

Dear Sir or Madam:

      Please be advised that effective September 1, 2013, our firm no longer represents Washington County Treasurer in consumer bankruptcy cases.  Please accept this letter as notice that we are withdrawing our appearance as attorneys for Washington County Treasurer.  All future notices, pleadings, correspondence, proposed orders, etc. shall be served upon the creditor through their counsel at the following address:

**Washington County Treasurer
c/o Schiller & Knapp LLP
950 New Loudon Rd
Latham, NY 12110**

      Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

DEILY & GLASTETTER LLP

/s/ Leigh A. Hoffman
Leigh A. Hoffman

LAH:ltp

www.deilylawfirm.com

Washington County.txt

NDNY - Case List for Washington County Treasurer:

```
08-12208
08-12778
08-13944
09-10769
09-10968
09-11046
09-11369
09-11522
09-11889
09-12177
09-12626
09-12633
09-12638
09-12659
09-13242
09-13324
09-13764
09-13930
09-14377
10-10189
10-10225
10-10406
10-10410
10-10433
10-11992
10-12028
10-12291
10-12426
10-12790
10-12808
10-12937
10-14704
11-10068
11-10267
11-10910
11-11101
11-11111
11-11873
11-11931
11-13042

11-13467
11-13807
11-13861
12-10016
12-10034
12-10035
12-10699
12-10988
12-11224
12-11406
12-11439
12-11577
12-11599
12-12372
12-13131
12-13278
13-10453
13-10529
```

```
                        Washington County.txt
13-10853
13-10872
13-11366
13-11910
```